**ORIGINAL**

Prob22
(Rev 3/98)

2005 NOV 18 PM 3:00

FILED
NOV - 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 2:94CR20225-001 |
| DOCKET NUMBER (Rec. Court) | CR-05-1091-CAS |

| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Williams<br>14645 South Frailey Avenue<br>Compton, CA 90221 | Western District of Tennessee | Western |
| | NAME OF SENTENCING JUDGE<br>Honorable Jon Phipps McCalla | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 06/06/05    TO 06/05/08 |

**OFFENSE**

Interference with Commerce by Threats or Violence 18 U.S.C. § 1951

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Western District of Tennessee (Memphis)**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Central District of California (Santa Fe Springs)** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Oct. 3, 2005
Date

_/s/ Jon P. McCalla_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Central District of California (Santa Fe Springs)**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV -4 2005
Date

_/s/ Alicemarie H. Stotler_
Chief United States District Judge
**ALICEMARIE H. STOTLER**


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-6-05


275

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 275 in case 2:94-CR-20225 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT